IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-00916-GPG

DEANNA GORDON,

    Plaintiff,

v.

CITY AND COUNTY OF DENVER, and
DENVER SHERIFF'S DEPT.,

    Defendants.

## ORDER DRAWING CASE

    After review pursuant to D.C.COLO.LCivR 8.1(a), the court has determined that this case does not appear to be appropriate for summary dismissal. Therefore, the case will be drawn to a presiding judge and, if applicable, to a magistrate judge. *See* D.C.COLO.LCivR 8.1(c). Accordingly, it is

    ORDERED that this case shall be drawn to a presiding judge and, if applicable, to a magistrate judge.

    DATED May 5, 2015, at Denver, Colorado.

                                    BY THE COURT:

                                    s/ Gordon P. Gallagher

                                    United States Magistrate Judge